# CASES REPORTED WITH BRIEF SYLLABI

AND

# DECISIONS HANDED DOWN WITHOUT

# OPINION.

## SECOND DEPARTMENT, JUNE, 1920.

SHELTER REALTY COMPANY, INC., Appellant, v. GUSTAF W. MATTSON, Respondent.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam and Jaycox, JJ.

TOWN OF NORTH HEMPSTEAD, Appellant, v. PUBLIC SERVICE CORPORATION OF LONG ISLAND, Respondent. (Action No. 4.)— Motion to revive and continue injunction granted, on condition that appellant perfect the appeal, place the cause on the calendar and be ready for argument on Tuesday, June 15, 1920. Present — Jenks, P. J., Mills, Putnam and Jaycox, JJ.

AUGUSTA ALBRECHT, as Administratrix, etc., of ADAM ALBRECHT, Deceased, Respondent, v. CHELSEA FIREPROOF STORAGE WAREHOUSE COMPANY, INC., Appellant, and Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

MICHAEL BURCHETTA, an Infant, through His Guardian ad Litem, FRANK A. BURCHETTA, Appellant, v. HERBERT E. BANKER, Respondent.— Order of the County Court of Westchester county, setting aside the verdict and directing a new trial, unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

ROBERT J. COVERDALE, as Sole Surviving Partner, etc., Respondent, v. CAROLINE CANDIDUS, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

CLARA ALICE CROUCH, Respondent, v. IKE GEORGE CROUCH, Appellant. —·Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

LOUISA E. FALES, as Administratrix, etc., of OSCAR C. FALES, Deceased, Respondent, v. SAMUEL FURMAN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

ANTONETTA FESTA, as Administratrix, etc., of ROCCO FESTA, Deceased, Respondent, v. NEW YORK AND QUEENS ELECTRIC LIGHT AND POWER COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.